JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUSEBIO MARTINEZ, ) Petitioner, v. KELLY HARRINGTON, Warden, Respondent. | NO. CV 10-03987 JFW (SS)  **JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 21, 2011

 /s/ John F. Walter
 JOHN F. WALTER
 UNITED STATES DISTRICT JUDGE