JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUSEBIO MARTINEZ, | ) NO. CV 10-03987 JFW (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| KELLY HARRINGTON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 21, 2011

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE